JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK,<br><br>                    Plaintiff,<br><br>          v.<br><br>WING HOP FUNG GINSENG, INC.,<br>et al.<br><br>                    Defendants. | Case No. 2:21-cv-05267-FLA (AFMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [DKT. 28]** |

On December 10, 2021, Plaintiff Crystal Redick ("Plaintiff") filed a Joint Stipulated Request for Dismissal Pursuant to F.R.C.P. Rule 41(a) (the "Stipulation"), Dkt. 28, requesting the court dismiss the action with prejudice as to Plaintiff's claims and without prejudice as to the claims of the proposed class.  Having reviewed the Stipulation and finding good cause therefor, the court DISMISSES this action with prejudice as to Plaintiff Redick and without prejudice as to the proposed class.

IT IS SO ORDERED.

Dated: December 16, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge

1